WR-37,145

NO. 3310

| THE STATE OF TEXAS | § | IN THE 216TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| SCOTT LOUIS PANETTI | § | GILLESPIE COUNTY, TEXAS |

## SECOND ORDER SETTING EXECUTION

This Court, having received the Mandate from the Court of Criminal Appeals affirming the defendant's conviction in the above styled and numbered cause, and the Defendant, SCOTT LOUIS PANETTI, having been previously sentenced to death by the Court in the presence of standby counsel, SCOTT MONROE, and there being no stays of execution in effect on this case, it is the duty of this Court to set an execution date in the above numbered and styled cause and the Court now enters the following **ORDER**.

**IT IS HEREBY ORDERED** that the Defendant, SCOTT LOUIS PANETTI, who has been adjudged guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at Death, shall be kept in custody by the Director of the Texas Department of Criminal Justice, Institutional Division at Huntsville, Texas, until the 3rd day of December, 2014, upon which day, at the Texas Department of Criminal Justice, Institutional Division at any time after 6:00 p.m., in a room arranged for the purpose of execution, the Director, acting as provided by law, is hereby commanded to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said SCOTT LOUIS PANETTI and until the said SCOTT LOUIS PANETTI, is dead, such procedure to be determined and supervised by the said Director of the Department of Criminal Justice, Institutional Division, Huntsville, Texas.

The Clerk of this Court shall , within ten days after the Court enters this Order Setting Execution, issue and deliver to the Sheriff of Gillespie County, Texas, a certified copy of this Order

FILED
At 4:44 O'clock ___ PM
OCT 16
certified copy of this Order
Gillespie County Clerk
GILLESPIE COUNTY TEXAS

Pgs. 248-249

along with a Death Warrant in accordance with TEX. CODE CRIM. PROC. art. 43.15. The Death Warrant shall recite (1) the fact of conviction, (2) set forth the specific offense, (3) the judgment of the Court, and (4) the time fixed for the execution. The Death Warrant shall be directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, and command the Director to proceed to put into execution the Judgment of Death against the said SCOTT LOUIS PANETTI.

The Sheriff of Gillespie County, Texas is hereby ordered, upon receipt of said Death Warrant, to deliver said Death Warrant and a certified copy of this Order to the Director of the Institutional Division of the Department of Criminal Justice, Huntsville, Texas.

SIGNED this ___16___ day of ___October___, 2014.

N. KEITH WILLIAMS, Judge
216th Judicial District Court
Gillespie County, Texas